NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

IN RE AMMAR AL-ALI, DON CAROTHERS, DAVID DALKE, MOHAMED K. DIAB, JULIAN M. GOLDMAN, MASSI E. KIANI, MICHAEL LEE, JEROME NOVAK, ROBERT SMITH, AND VAL E. VADEN

2011-1086
(Serial No. 10/153,263)

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## ON MOTION

## ORDER

The parties move to stay the briefing schedule due to related proceedings before the United States Patent and Trademark Office. The Director of the United States Patent and Trademark Office moves without opposition for an extension of time.

IT IS ORDERED THAT:

(1) The motion to stay is granted-in-part. If no motion to dismiss this appeal or lift the stay has been filed

within 90 days of the date of filing of this order, the parties are directed to file a status report at that time concerning how this appeal should proceed.

(2)  The motion for an extension of time is moot.

FOR THE COURT

**MAY 1 9 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Joseph R. Re, Esq.
      Raymond T. Chen, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 9 2011

JAN HORBALY
CLERK